# EXHIBIT 1

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

_Sarah Gross_ (signature)  
Signature

Sarah Gross  
Name (Printed)

Address (*only necessary if different than address where notice was received*):

June 12, 2020  
Date

▮▮▮▮▮▮▮▮▮▮  
Email

▮▮▮▮▮  
Phone

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

_[signature]_
Signature

Mariah Cooper
Name (Printed)

Address (*only necessary if different than address where notice was received*):

June 12, 2020
Date

Email

Phone

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

_____  June 12, 2020
Signature                        Date

Abigail Mitchell                 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
_____   
Name (Printed)                   Email

Address (*only necessary if different than address where notice was received*):   ▓▓▓▓

_____

_____

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

*Clare Lahey*
Signature

Clare Lahey
Name (Printed)

Address (*only necessary if different than address where notice was received*):

June 12, 2020
Date

Email

Phone

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

*Elizabeth North*
Signature

Elizabeth North
Name (Printed)

Address (*only necessary if different than address where notice was received*):

June 12, 2020
Date

[redacted]
Email

[redacted]
Phone

CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

_____    June 12, 2020
Signature                    Date

Kelsey Smith
_____    
Name (Printed)               Email

Address (*only necessary if different than address where notice was received*):    Phone

_____

_____

## CONSENT TO JOIN FLSA ACTION

I hereby consent to opt in to this action against Local Cantina and related entities and individuals to recover unpaid compensation, additional damages, attorneys' fees, and costs under the Fair Labor Standards Act, and be represented by Biller & Kimble, LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. In the event I am not permitted to go forward in this action (for example, if this action gets conditionally certified and then decertified), I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

_Rachel L Merrill_ (signature)
Signature

June 12, 2020
Date

Rachel Merrill
Name (Printed)

Email

Address (*only necessary if different than address where notice was received*):

Phone